

# NUMBER 13-18-00656-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE EDNA CHAPA

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Order Per Curiam**

Relator Edna Chapa filed a petition for writ of mandamus in the above cause on November 29, 2018. Through this original proceeding, relator seeks to compel the trial court to issue a ruling on her petition to enforce a final decree of divorce. The Court requests that the real party in interest, David Chapa, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
30th day of November, 2018.